JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case:  2:24-cv-02213-MEMF-JDEx                           Date:  June 27, 2024

Title:  Nicole R. Simon v. Credit Control Services, Inc.

PRESENT:  The Honorable Maame Ewusi-Mensah Frimpong, Judge

| Damon Berry | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

## PROCEEDINGS (IN CHAMBERS)

On June 26, 2024, the parties filed a Notice of Settlement [ECF No. 13]. The Court, having considered the Notice of Settlement and finding good cause therefore, hereby ORDERS that the action is STAYED and administratively closed until thirty (60) days from the date of this Order. The parties are ORDERED to file, within thirty (60) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of sixty-one (61) days from the date of this Order.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pretrial and trial dates are hereby VACATED.

MINUTES FORM 11
CIVIL-GEN                                                                                                 Initials of Clerk: DBE